LORETTER Brock
24-34597

United States Courts
Southern District of Texas
FILED

OCT 04 2024

Nathan Ochsner, Clerk of Court

# Creditors

NAVIENT
P.O. Box 4200 Wilkes-Barre,
PA 18773-4200

MOHELA
P.O. Box 790233
St. Louis, MO 63179-0233

SANTANDAR
P.O. Box ~~660033~~ 961245
~~Dallas, Texas~~ Ft. Worth, TX 76161-1245

KIM DAVIS
5326 FAIRGREEN LN, Houston, TX 77078

RELIANT
P.O. Box 650475
Dallas, TX 75265-045

GEXA
20455
SH 249 Houston, TX 77068

TXU ENERGY
P.O. Box 650764, Dallas TX 75265

DESTINY MASTER CARD
CONCORA CREDIT, P O Box 4477
BEAVERTON, OR 97076-4477

INDIGO MASTER CARD
CONCORA CREDIT, PO BOX 4477
BEAVERTON, OR 97076-4477

YAWEI CEN
C/O HOOVER SLOVACK ATTY AT LAW
5051 WESTHEIMER SUITE 1200
HOUSTON, TX 77056